677 A.2d 831

**Thomas C. and Bette C. WETTACH, Appellants,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

Supreme Court of Pennsylvania.

Jan. 3, 1995.

474

*ORDER*

PER CURIAM.

AND NOW, this 3rd day of January, 1995, the order of the Commonwealth Court is affirmed.

CASTILLE, J., did not participate in the consideration or decision of this matter.

MONTEMURO, J., is sitting by designation.